MARIE NELSON et al., Appellants, *v.* SALEM DANISH LUTHERAN CHURCH, Respondent.

Submitted October 14, 1946; decided October 17, 1946.

*Constantine Regusis* and *William E. Lowther* for motion. *Herbert L. Fine* opposed.

Motion denied, with $10 costs.